1
2
3
4
5
6
7



8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA
10 SOUTHERN DIVISION
11

12 FINIAL INSURANCE COMPANY f/k/a/ CONVERIUM INSURANCE NORTH AMERICA INC.,

No. SA CV 08-00151 DOC (RNBx)

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL OF ACTION WITHOUT PREJUDICE

14        Plaintiff,
15    vs.
16 GEORGE ARMITAGE; LEADING EDGE TRUCKING, INC., and MESA CONTRACTING CORPORATION,
18        Defendants.

1  The Court having considered the parties' Stipulation Re Dismissal Of
2  Action Without Prejudice, and good cause appearing therefor, IT IS HEREBY
3  ORDERED that this action is dismissed without prejudice with each party to bear
4  its own attorneys' fees and costs incurred in this action; and the dismissal shall not
5  operate as retraxit in any future litigation as to any party or any claim of any
6  nature.

Dated: 12·22·2008

*David O. Carter* (signature)

David O. Carter
United States District Court Judge

30331951